THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS KISH, PLAINTIFF IN ERROR.

Decided February 17, 1926.

On writ of error to the Warren County Quarter Sessions Court.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the plaintiff in error, *William A. Stryker.*

For the defendant in error, *Sylvester C. Smith.*

PER CURIAM.

The legal situation in the case is like unto the case of State *v.* George Stasak, and, for the reasons stated in the *per curiam* opinion filed in that case, the judgment on review is affirmed.